**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

UNITED STATES OF AMERICA         *

VS.                              *        No. 4:2024CR00543

SEAN G. CHRISTISON               *

### OPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant, Sean Christison, requests the Court modify his present conditions of release to allow him to abide by a curfew from 10:00pm to 6:00am in lieu of his current condition of home detention. In support, Mr. Christison would show the following:

1. Sean Christison is charged by Superseding Indictment with the offenses of possession with intent to distribute cocaine and possession of a firearm in furtherance of a drug trafficking offense. The context of the underlying offenses implicates his membership in the Bandidos, a motorcycle club several of whose members are implicated in a number of other offenses.

2. On October 31, 2024, the Court released Mr. Christison on largely standard terms of pretrial supervision including that he was prohibited from having contact with any co-defendants or co-conspirators or any members or prospects of the Bandidos motorcycle club. Mr. Christison was also obligated

1

to wear a GPS monitoring device, and was restricted to home detention with exceptions for going to work, education, religious services, medical treatment, attorney visits, court appearances, court ordered obligations, or other activities approved in advance by the pretrial services office.

3. To date, Mr. Christison has been wholly compliant with all of the terms of his release.

4. Approximately twenty months have now passed since the Mr. Christison's release.

5. The defendant now files this motion asking that he be allowed abide by a curfew from 10:00pm to 6:00am. He has demonstrated for the past twenty months his intention follow the Court's conditions and to avoid all contact with any members of the Bandidos motorcycle club and his co-defendants. His compliance can be corroborated by his GPS monitoring device.

6. Counsel has conferred with both the Government and the United States Probation Officer overseeing Mr. Christison's pretrial supervision. The Government is opposed to this modification, but the United States Probation Officer is unopposed to this modification.

7. WHEREFORE, PREMISES CONSIDERED, the defendant requests Court allow the modification.

Respectfully submitted,

/s/*Christopher Downey*

_____

Christopher Downey
2814 Hamilton Street
Houston, Texas 77004
State Bar No. 00787393
713/651-0400
chris@downeylawfirm.com
Attorney for defendant

## CERTIFICATE OF CONFERENCE

I have communicated with AUSA Byron Black and United States Probation Officer Edwin Colunga. AUSA Byron Black has stated he is opposed to the modification, and Mr. Colunga has that they are unopposed to the motion.

/s/ *Christopher Downey*

_____
CHRISTOPHER DOWNEY

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion was forwarded to AUSA Byron Black on the 23 day of June 2026.

/s/ *Christopher Downey*

_____
CHRISTOPHER DOWNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**        \*

**VS.**                                            \*        **No. 4:2024CR00543**

**SEAN G. CHRISTISON**              \*

## ORDER ON OPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

On the _____ day of _____, 2026 came to be heard the foregoing Motion. The Motion is hereby:


_____ GRANTED.



_____ DENIED.


                                                    _____
                                                    JUDGE PRESIDING


4